■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH DOMINQUEZ, Appellant. [696 NYS2d 681] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 27, 1988 (*People v Dominquez,* 141 AD2d 833), modifying a judgment of the County Court, Suffolk County, rendered April 11, 1985.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Ritter and Sullivan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARSON FRANCIS, Appellant. [696 NYS2d 64] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Spires, J.), rendered May 27, 1997, convicting him of criminal sale of a controlled substance in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court properly precluded the defendant from using the Grand Jury testimony of the undercover officer to impeach that officer at trial. The Grand Jury minutes demonstrate that the officer was not specifically questioned as to the subject matter that was to be the basis of the impeachment (*see, People v Bornholdt,* 33 NY2d 75, 88-89, *cert denied sub nom. Victory v New York,* 416 US 905; *People v Gonzalez,* 244 AD2d 422, 423).

The remaining claims of prosecutorial misconduct are unpreserved for appellate review and, in any event, are without merit. Joy, J. P., Krausman, H. Miller and Feuerstein, JJ., concur.